**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

July 12, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Michael McPherson     vs.   Special Data Processing**
**Case Number:2:05cv635-B**

**Referenced Docket Entry -   Complaint  - Doc. 1**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document.. Please see the correct PDF document to this notice.**