AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____Middle____ District of ____Alabama____

Michael McPherson

V. Specialized Data Processing Corporation
d/b/a National Magazine Exchange

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv635-B

TO: (Name and address of Defendant)

Specialized Data Processing Corporation
d/b/a National Magazine Exchange
16120 U.S. Highway 19 North
Clearwater, Florida  33764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Brent Irby
McCallum, Hoaglund, Cook & Irby, L.L.P.
2062 Columbiana Road
Vestavia Hills, Alabama  35216

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                7/13/05
CLERK                                           DATE

(By) DEPUTY CLERK