| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>WAIN ON 6       7/1/ |
| 1. Article Addressed to:<br><br>Specialized Data Processing Corporation<br>d/b/a National Magazine Exchange<br>16120 U.S. Highway 19 North<br>Clearwater, Florida 33764 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05cv635-B<br>S + C<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0002 5308 6684 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540