IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MICHAEL McPHERSON, on behalf of himself and on behalf of a class of Persons similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Case Number:  2:05CV635-B |
| **SPECIAL DATA PROCESSING CORPORATION d/b/a NATIONAL MAGAZINE EXCHANGE** | ) ) ) ) | |
| **Defendant.** | ) | |

## MOTION TO STAY, TRANSFER OR DISMISS

In the interest of federal comity and judicial economy, and pursuant to Fed. R. Civ. P. 83, defendant Special Data Processing Corporation d/b/a National Magazine Exchange ("SDP") moves that this Court issue an order staying plaintiff Michael McPherson's proposed putative class action pending resolution of a preexisting similar action–involving the same defendant, the same or substantially similar proposed class members and the same or substantially similar issues and claims–which is pending in the United States District Court for the Northern District of California, Oakland Division.  In the alternative, if the Court does not to stay this action, SDP moves this Court to transfer this action to the United States District Court for the Northern District of California, Oakland Division, or dismiss it in its entirety, in the interest of federal comity and judicial economy.  A memorandum in support of this motion has been filed simultaneously herewith.

Additionally, SDP moves to dismiss plaintiff's individual proposed class action claims pursuant to Fed. R. Civ. P. 12(b) for:

(1) improper venue, Fed. R. Civ. P. 12(b)(3); and

(2) failure to state a claim upon which relief can be granted, Fed. R. Civ. P. 12(b)(6).

/s/ Larry B. Childs

/s/ April S. Rogers
Attorneys for the Defendant,
Special Data Processing Corporation
d/b/a National Magazine Exchange

OF COUNSEL:
Walston, Wells, Anderson & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2005, I electronically filed the foregoing Motion to Stay, Transfer or Dismiss with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

R. Brent Irby, Esq.
McCallum, Hoaglund, Cook & Irby, L.L.P.
2062 Columbiana Road
Vestavia Hills, AL  35216

/s/ Larry B. Childs
OF COUNSEL