# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 15, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Michael McPherson      vs.   Special Data Processing Corporation dba National Magazine Exchange

Civil Action No.  2:05-cv-635(B)

The above-styled case has been  reassigned to  Judge W. Harold Albritton.

Please note that the case number is now 2:05-cv-635(A).   This new case number should be used on all future correspondence and pleadings in this action.