IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL McPHERSON, etc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv635-A |
| | ) | |
| SPECIAL DATA PROCESSING | ) | |
| CORPORATION, etc., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This case having been reassigned to the undersigned judge, and upon consideration of

Defendant's Motion to Stay, Transfer or Dismiss  (Doc. #5), filed on August 4, 2005, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before September**

**6**, **2005** why the motion should not be granted.  The Defendant shall have **until September 13,**

**2005** to reply.  The motion will be taken under submission on that day for determination without

oral hearing.

DONE this 15th day of August, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE