IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MICHAEL McPHERSON, on behalf of   *
himself and on behalf of a class of      *
persons similarly situated,                  *
                                            *
       Plaintiff,                         *
                                            *
v.                                              *     Case Number: 2:05-cv-635-B
                                            *
SPECIAL DATA PROCESSING         *
CORPORATION d/b/a NATIONAL  *
MAGAZINE EXCHANGE,            *
                                            *
       Defendant.                       *

## RESPONSE TO COURT'S AUGUST 15, 2005 ORDER

COMES NOW, Plaintiff in the above-styled action, and hereby files this Response to this Honorable Court's August 15, 2005 Order (Document No. 9) and shows the Court as follows:

1. Defendant's pending motion (Document No. 5) is premised solely and exclusively on the existence of the *Jeremy Maurer v. Special Data Processing Corp. d/b/a National Magazine Exchange* action pending in the Northern District of California, Oakland Division, Case No.: 04-cv-04093-MJJ (the "*Maurer* action"). The *Maurer* action contains Fair Credit Reporting Act claims that are similar to the federal claims asserted in Plaintiff's instant action.

2. While Plaintiff contends that venue in this district is entirely proper,[1] Plaintiff acknowledges that the federal claims in contention in *Maurer* and the instant action are similar. As such, Plaintiff, in an effort at cooperation and to avoid any unnecessary litigation on the issue,

---

[1] See *McPherson* Complaint, ¶4 alleging that "Plaintiff resides in this district, Defendant transacts business in this district, and a substantial portion of the acts or omissions giving rise to this action occurred in this district." Again, Defendant's motion is premised solely on the existence of the previously filed *Maurer* action in the Northern District of California.

contacted Defendant about its pending motion. (*See* Plaintiff's counsel's correspondence, Exhibit 1.)

3. Having consulted with their respective clients, the parties agree that the interest of justice, uniformity, and judicial efficiency would be best served by transferring Plaintiff's action to the Northern District of California, which is the transferee court proposed in Defendant's motion currently hearing the previously filed related case and which is already familiar with the federal assertions in contention. Given that jurisdiction is currently being exercised over the same Defendant with respect to similar federal allegations there, the Northern District of California is an appropriate transferee forum. Defendant agrees that this matter is due to be transferred to the Northern District of California.

4. By consenting to the transfer of this matter to the Northern District of California, Defendant is not waiving any defenses or requests (such as a stay or dismissal) that it has raised or may raise in the transferee forum. (See Defendant's counsel's correspondence, Exhibit 2.)

5. Hence, the parties agree that the interest of justice, uniformity, and efficiency can best be achieved by transferring Plaintiff's action to the Northern District of California as proposed in Defendant's motion. Should the Court desire additional argument or response from the parties on this issue, the parties will be glad to provide the Court with any additional information or pleadings requested.

Respectfully submitted this ____ day of September, 2005.

/s/ R. Brent Irby

2

OF COUNSEL:
McCALLUM, HOAGLUND, COOK & IRBY, L.L.P.
2062 Columbiana Road
Vestavia Hills, Alabama 35216
Tel:   (205)824-7767
Fax:   (205)824-7768

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by U. S. Mail, postage prepaid, properly addressed, on September 6, 2005.

Larry B. Childs
April S. Rogers
WALSTON, WELLS, ANDERSON & BIRCHALL, L.L.P.
1819 5th Avenue North
Suite 1100
Birmingham, Alabama 35203
Tel:   (205)244-5200
Fax:   (205)244-5400
**Attorneys for Defendant, Special Data Processing Corporation d/b/a National Magazine Exchange**

/s/ R. Brent Irby
COUNSEL