# EXHIBIT 1



McCALLUM • HOAGLUND • COOK • IRBY

CHARLES A. McCALLUM, III
ERIC D. HOAGLUND
MARTHA REEVES COOK
R. BRENT IRBY*
*ALSO ADMITTED IN TENNESSEE

Writer's e-mail: birby@mhcilaw.com

September 2, 2005

**VIA FACSIMILE and U.S. MAIL**

April S. Rogers
WALSTON, WELLS, ANDERSON & BIRCHALL, L.L.P.
1819 5th Avenue North
Suite 1100
Birmingham, Alabama 35203

      **Re:** *Michael McPherson v. Special Data Processing Corporation d/b/a National Magazine Exchange*

Dear April:

Having reviewed and carefully considered the pending motion filed by NME in the above-referenced case, we agree that there are certainly similar claims, at least with respect to the Fair Credit Reporting Act, asserted in both this case and the *Maurer* action pending in California. Without waiving our position that the Middle District of Alabama is an appropriate venue for Mike McPherson's action, we agree that the interest of justice and uniformity can probably best be achieved by having the Alabama case transferred to the Northern District of California as suggested by NME, as that court is already familiar with the federal issues in contention.

Given Plaintiff's offer to voluntary consent to the transfer request addressed in NME's pending motion, I would like to hopefully avoid any unnecessary litigation on this issue if possible. At your earliest opportunity, please give me a call so that Plaintiff can formulate his response to the Court's August 15, 2005 Order accordingly.

I appreciate your cooperation in this regard.

Sincerely yours,

R. Brent Irby
RBI/lm

**McCALLUM, HOAGLUND, COOK & IRBY, LLP**

2062 COLUMBIANA ROAD • VESTAVIA HILLS, ALABAMA 35216 • 205.824.7767 • 205.824.7768 (FAX) • WWW.MHCILAW.COM

# EXHIBIT 2



# Walston Wells

WALSTON WELLS ANDERSON & BIRCHALL, LLP

P.O. Box 830642 • Birmingham, Alabama 35283-0642

April Sims Rogers
Direct Dial: (205) 244-5238
Facsimile: (205) 244-5438
arogers@walstonwells.com

September 6, 2005

**BY FACSIMILE AND U.S. MAIL**
R. Brent·Irby, Esq.
McCallum, Hoaglund, Cook & Irby, L.L.P.
2062 Columbiana Road
Vestavia Hills, AL  35216

> RE:    *Michael McPherson v. Special Data Processing Corp.*, d/b/a National Magazine Exchange; U.S. District Court for the Middle District of Alabama Civil Action No. 2:05cv635 (B)

Dear Brent:

I appreciate your letter of Friday and it was a pleasure to speak with you on Friday as well.   Given plaintiff's offer to voluntarily consent to transfer in response to Special Data Processing Corporation's ("SPD") pending Motion to Stay, Transfer or Dismiss, SDP agrees this matter is due to be transferred to the Northern District of California as soon as possible.

SDP does not waive its position that this case is due to be stayed or dismissed under the first to file doctrine, as established in SDP's Memorandum in Support of Its Motion to Stay, Transfer or Dismiss, because the United States District Court for the Northern District of California is currently addressing a substantially similar matter that involves the same defendant, the same or substantially similar class members and the same or substantially similar issues and claims.   However, in an effort to avoid unnecessary litigation on this issue, SDP consents to the transfer of this matter to the Northern District of California.

Yours very truly,

April S. Rogers

ASR/sp

WALSTON WELLS ANDERSON & BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
(205) 244-5700