# EXHIBIT 2



**WALSTON WELLS ANDERSON & BIRCHALL, LLP**

P.O. Box 830642 • Birmingham, Alabama 35283-0642

April Sims Rogers
Direct Dial: (205) 244-5238
Facsimile: (205) 244-5438
arogers@walstonwells.com

September 6, 2005

**BY FACSIMILE AND U.S. MAIL**
R. Brent Irby, Esq.
McCallum, Hoaglund, Cook & Irby, L.L.P.
2062 Columbiana Road
Vestavia Hills, AL 35216

RE: *Michael McPherson v. Special Data Processing Corp.*, d/b/a National Magazine Exchange; U.S. District Court for the Middle District of Alabama
Civil Action No. 2:05cv635 (B)

Dear Brent:

I appreciate your letter of Friday and it was a pleasure to speak with you on Friday as well. Given plaintiff's offer to voluntarily consent to transfer in response to Special Data Processing Corporation's ("SPD") pending Motion to Stay, Transfer or Dismiss, SDP agrees this matter is due to be transferred to the Northern District of California as soon as possible.

SDP does not waive its position that this case is due to be stayed or dismissed under the first to file doctrine, as established in SDP's Memorandum in Support of Its Motion to Stay, Transfer or Dismiss, because the United States District Court for the Northern District of California is currently addressing a substantially similar matter that involves the same defendant, the same or substantially similar class members and the same or substantially similar issues and claims. However, in an effort to avoid unnecessary litigation on this issue, SDP consents to the transfer of this matter to the Northern District of California.

Yours very truly,

April S. Rogers

ASR/sp

WALSTON WELLS ANDERSON & BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
(205) 244-5200