IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL McPHERSON, etc., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv635-A |
| | ) | |
| SPECIAL DATA PROCESSING | ) | |
| CORPORATION, etc., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Both parties have agreed (Doc. #10) that this action should be transferred to the Northern District of California. Finding no reason to deny the parties' request:

(1) The Defendant's Motion to Transfer (Doc. #5) is GRANTED, and this cause is hereby TRANSFERRED to the United States District Court, Northern District of California, Oakland Division.

(2) The clerk is DIRECTED to take all steps necessary to effect this transfer.

Done this the 19th day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE