**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Richard W. Wieking
   Clerk, USDC
   Northern Dist.
   1301 Clay St. Suite 400S
   Oakland, CA 94612-5212

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]     ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   CLARA PIERC[E]                 9/27/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   05cv635
   Transfer Case

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 3036

Domestic Return Receipt    102595-02-M-1540